UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERTA LAUFENBERG,**

      **Plaintiff,**

v.                                        Case No: 6:22-cv-1430-CEM-EJK

**RELIANCE STANDARD LIFE
INSURANCE COMPANY,**

      **Defendant.**

### ORDER

This cause comes before the Court on Plaintiff's Request for Clerk's Entry of Default (the "Motion"), filed September 19, 2022. (Doc. 12.) Therein, Plaintiff seeks default against Defendant Reliance Standard Life Insurance Company. (*Id.*) Upon consideration, the Motion is due to be granted.

**I.   BACKGROUND**

Plaintiff instituted this action against Defendant on August 11, 2022. (Doc. 1.) On August 12, 2022, Plaintiff served Defendant. (Doc. 6.) The Chief Financial Officer received the summons and Complaint on behalf of Reliance Standard Life Insurance Company at 200 East Gaines Street, Tallahassee, Florida 32399. (*Id.*) Because Defendant failed to answer or otherwise respond to the Complaint within 21 days of service, Plaintiff filed the instant Motion.

## II. LEGAL STANDARD

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). Before the clerk may enter default, he or she must determine that effective service has been made on the defaulting defendant because, without effective service, there is no jurisdiction and no obligation to answer or "otherwise defend." *See Kelly v. Florida*, 233 F. App'x 883, 885 (11th Cir. 2007) (unpublished).

## III. DISCUSSION

Defendant has not responded to Plaintiff's Complaint or otherwise appeared, and the time to do so has expired. Fed. R. Civ. P. 12(a) (providing that a defendant must file a responsive pleading to a complaint within 21 days after being served a copy of the summons and the complaint). The Court must now determine whether Plaintiff perfected service on this Defendant. For corporate defendants, the Federal Rules of Civil Procedure provide that service can be made by:

> delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant[.]

Fed. R. Civ. P. 4(h)(1)(B).

Plaintiff indicates that Defendant was served by leaving a copy of the summons and the Complaint with Defendant's Registered Agent at 200 East Gaines Street,

Tallahassee, Florida 32399. (Doc 12-2.) As such, the Court finds that Plaintiff perfected service of process on Defendant pursuant to the Federal Rules of Civil Procedure.

## IV. CONCLUSION

Accordingly, it is hereby **ORDERED** that the Request for Clerk's Entry of Default (Doc. 12) is **GRANTED**. The Clerk is **DIRECTED** to enter a default as to Defendant Reliance Standard Life Insurance Company.

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2022.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE